UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVE SCHNEIDER,

        Plaintiff,

-vs-                                                  Case No. 2:10-cv-139-FtM-29SPC

WALGREEN COMPANY,

        Defendant.
_____

**ORDER**

On May 24, 2010, Defendant Walgreen Company filed the Administrative Record in the CM/ECF system that totals 965 pages (Docs. #18-24). The Court requests that a courtesy copy of the Administrative Record be provided.

Accordingly, it is now

**ORDERED:**

Defendant has up to and including July 15, 2010, to provide a courtesy copy of the Administrative Record to the Court.

**DONE AND ORDERED** at Fort Myers, Florida, this __8th__ day of July, 2010.

*(signature)*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record